UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| Plaintiff, | § | |
| vs. | § § | SA:12-CR-886(2)-FB |
| | § § | |
| LARRY KIMES | § § | |
| Defendant, | § | |

## MOTION TO APPOINT CO-COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Defendant, Larry Kimes, by and through his court appointed counsel, Richard E. Langlois, and moves this court to appoint co-counsel and in support thereof would show unto the Court the following:

1. This matter is set for a trial setting on January 27, 2014.

2. This is a complex case with thousands of documents and within the past two weeks counsel haa received additional discovery including 93 witness statements and multiple video statements compiling many hours of testimony.

3. Counsel is requesting the court to appoint Carlos Solis, SBN: 24060636, an attorney licensce in the State of Texas and in the Western District of Texas, with criminal trial experience and civil experience with large amounts of discovery.

Wherefore, Premises Considered, Counsel request the Court Carlos Solis as court appointed co-counsel in this matter.

RESPECTFULLY SUBMITTED

/S_____
Richard E. Langlois
SBN: 11922500
217 Arden Grove
San Antonio, Texas 78215
Tel: 210-225-0341
Fax: 210-225-0345
richardl@stic.net
Attorney For Defendant

/S/_____
Richard E. Langlois

## CERTIFICATE OF SERVICE

On this 18th day of December, 2013, counsel certifies that a copy of Defendant's Motion to Appoint Co-Counsel was delivered by PACER to , Assistant United States Attorney, Thomas Joseph McHugh, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216-5512.

/S/_____
Richard E. Langlois

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA §<br>§<br>Plaintiff, §<br>vs. §<br>§<br>§<br>LARRY W. KIMES §<br>Defendant, § | SA-12-CR-00886(2)-FB |

**ORDER APPOINT CO-COUNSEL**

On this day came on to be considered Defendant's Motion to Appoint Cu-Counsel. The court after considering Defendant's Motion is of the opinion that Defendant's Motion should be Granted, and it is therefore Ordered:

Carlos Solis, SBN: 24060636, is hereby appointed Co-Counsel in the above styled and numbered cause.

Signed this _____ of December, 2013.

_____
FRED BIERY
CHIEF U.S. STATES DISTRICT JUDGE